KENNETH E. GOING *v.* CROMWELL FIRE DISTRICT,
FIRE DEPARTMENT, ET AL.

The petition by Jay W. Jackson for leave to file a brief and to argue before this court in the reservation from the Superior Court in Middlesex County as amicus curiae is denied except to the extent of permitting him to file a brief.

Submitted July 16—decided July 16, 1969

STAVROULA G. PAPPAS *v.* ANDREW PAPPAS

The motion by the defendant for this court to review the action of the trial court terminating the stay in the appeal from the Superior Court in New London County is denied.

*C. George Kanabis,* in support of the motion.

*Louis C. Wool,* in opposition.

Submitted July 15—decided July 22, 1969

STATE OF CONNECTICUT *v.* JOHN RYANT

The defendant having filed a motion that this court review the action of the trial court denying his application that a transcript be furnished without cost and that fees, costs, expenses and security in the appeal from the Superior Court in New Haven County be waived, it is ordered that a transcript be furnished the defendant without cost to him and that the original thereof be placed in the file in the Superior Court; and that, in all other respects, the motion be assigned for hearing on Tuesday, October 7, 1969, at 10 a.m.

Decided July 22, 1969